UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD PARKER,<br><br>        Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY d/b/a CHUBB,<br><br>        Defendant. | Civil Action No.: 3:20-cv-01773-VLB<br><br>ACE AMERICAN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT<br><br>APRIL 26, 2021 |

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, Defendant ACE American Insurance Company ("ACE American") moves for summary judgment on the claim against ACE American contained in Plaintiff's Amended Complaint.

In support of this motion, ACE American relies on its supporting memorandum of law, its Local Rule 56(a)1 Statement of Undisputed Material Facts, Declarations of Michael Icenogle and Rosa Rodriguez and the exhibits submitted in support of its motion.

WHEREFORE, for the foregoing reasons, ACE American respectfully requests that the Court:

    A.    Grant ACE American's Motion for Summary Judgment;

    B.    Enter judgment in favor of ACE American;

    C.    Dismiss Plaintiff's Amended Complaint with prejudice; and

    D.    Grant ACE American such other and further relief as is just and equitable.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ACE AMERICAN INSURANCE COMPANY |
|  | By its attorneys, |
|  | */s/ Kurt M. Mullen* |
|  | **Kurt M. Mullen (ct 30767)**<br>**NIXON PEABODY LLP**<br>**Exchange Place**<br>**53 State Street**<br>**Boston, MA 02109-2835**<br>**Tel:   (617) 345-1000**<br>**Fax:   (617) 345-1300** |
| **Dated:  April 26, 2021** | **Email:  kmullen@nixonpeabody.com** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I served the foregoing Motion for Summary Judgment through ECF upon all counsel of record.

                                          */s/ Kurt M. Mullen*
                                          Kurt M. Mullen